# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL KUCHARSKI, | : | |
| | : | |
| Plaintiff | : | No. 3:14-CV-1956 |
| | : | |
| vs. | : | (Judge Nealon) |
| | : | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : : : | |
| Defendant | : | |

## ORDER

**AND NOW, THIS 1ST DAY OF JUNE, 2015,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's appeal of the decision of the Commissioner of the Social Security Administration, (Doc. 1), is **DENIED**;

2. The decision of the Commissioner of the Social Security Administration denying Plaintiff Jill Kucharski disability insurance benefits is **AFFIRMED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**